```
 1  ROBBINS GELLER RUDMAN
      & DOWD LLP
 2  DARREN J. ROBBINS (168593)
    TRAVIS E. DOWNS III (148274)
 3  DAVID W. MITCHELL (199706)
    BENNY C. GOODMAN III (211302)
 4  BRIAN O. O'MARA (229737)
    655 West Broadway, Suite 1900
 5  San Diego, CA  92101
    Telephone:  619/231-1058
 6  619/231-7423 (fax)
    darrenr@rgrdlaw.com
 7  travisd@rgrdlaw.com
    davidm@rgrdlaw.com
 8  bennyg@rgrdlaw.com
    bomara@rgrdlaw.com
 9
    [Proposed] Lead Counsel for Plaintiffs
10
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WILLA ROSENBLOOM, Derivatively on Behalf of ALLERGAN, INC., <br><br>　　　　　　　　Plaintiff, <br><br>　vs. <br><br>DAVID E.I. PYOTT, et al. <br><br>　　　　　　　　Defendants, <br><br>　– and – <br><br>ALLERGAN, INC., a Delaware corporation, <br><br>　　　　　　　　Nominal Defendant. | Case No. SACV10-01352-DOC (MLGx) <br><br>ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSES THERETO |

[Caption continued on following page.]

582737_1

| | | |
|---|---|---|
| DANIEL HIMMEL, Derivatively on Behalf of ALLERGAN, INC., | ) ) ) | Case No. SACV10-01417-DOC (MLGx) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| DAVID E. I. PYOTT, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| ALLERGAN, INC., a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |
| POMPANO BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM and WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST, Derivatively on Behalf of ALLERGAN, INC., | ) ) ) ) ) ) ) ) | Case No. SACV10-01449-DOC (MLGx) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| DAVID E.I. PYOTT, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| ALLERGAN, INC., a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

582737_1

## I. CONSOLIDATION OF THE RELATED SHAREHOLDER DERIVATIVE ACTIONS

1. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial:

| Case Name | Case No. | Date Filed |
|---|---|---|
| *Rosenbloom v. Pyott, et al.* | SACV10-cv-01352-DOC (MLGx) | 9/9/10 |
| *Himmel v. Pyott, et al.* | SACV10-cv-01417-DOC (MLGx) | 9/17/10 |
| *Pompano Beach Police & Firefighters' Ret. Sys. et al v. Pyott, et al.* | SACV10-cv-01449-DOC (MLGx) | 9/24/10 |

## II. CAPTION OF CASES

2. Every pleading filed in this Consolidated Action, or in any separate actions included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. SACV10-01352-DOC (MLGx) |

3. When a case which properly belongs as part of *In re Allergan, Inc. Shareholder Derivative Litigation*, Master File No. SACV10-01352-DOC (MLGx), is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of Lead Counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the Consolidated Action, and Lead Counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

582737_1

4. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to, or transferred to this Court.

5. Pursuant to Fed. R. Civ. P. 5(b)(2)(E)-(F), service by e-mail transmission shall be permitted in addition to service via ECF notification. For non-CM/ECF participants, service shall be deemed effective upon transmission of e-mail.

### III. APPOINTMENT OF LEAD COUNSEL

6. Robbins Geller Rudman & Dowd LLP, The Weiser Law Firm, P.C. and Robbins Umeda LLP shall serve as Lead Counsel for Plaintiffs in the Consolidated Action, and in actions subsequently filed in, removed to or transferred to this Court, arising out of the same or substantially the same transactions or events as this Consolidated Action.

7. Defendants and nominal party Allergan take no position on the Court's appointment of Lead Counsel for Plaintiffs.

8. Lead Counsel shall have authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any Plaintiffs except through Lead Counsel.

10. Lead Counsel also shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

582737_1

11. Lead Counsel for Defendants and nominal party Allergan may rely upon all agreements made with Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all Plaintiffs.

**IV.　SCHEDULING**

12. The hearing on the Motion for Consolidation and Appointment of Lead Plaintiff and Lead Counsel is hereby vacated.

13. Plaintiffs shall file and serve a Consolidated Complaint no later than November 1, 2010.

14. Defendants and nominal defendant Allergan shall have thirty (30) days, or until December 1, 2010, to file and serve their response to Plaintiffs' Consolidated Complaint.

15. In the event that any of the Defendants and/or nominal defendant Allergan files a motion to dismiss the Consolidated Complaint, Plaintiffs shall have thirty (30) days thereafter, or until January 3, 2011, to the motion to dismiss. Defendants and nominal defendant Allergan shall thereafter have fifteen (15) days, or until January 18, 2011, days to file replies, if any.

IT IS SO ORDERED.

DATED: October 25, 2010

*David O. Carter*

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

582737_1